# Third District Court of Appeal

## State of Florida

Opinion filed May 21, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0446
Lower Tribunal Nos. F96-007158A, F98-026832B, F99-027576,
F08-002841

_____

**Dennis Tyron Torrence,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Carlos J. Martinez, Public Defender and Manuel Alvarez, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before FERNANDEZ, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed.  See State v. Milewski, 194 So. 3d 376, 378 (Fla. 3d DCA 2016) ("This Court's review of the trial court's ruling on the motion to suppress involves a mixed question of law and fact.  The trial court's findings of fact are presumed correct if competent, substantial evidence supports those findings.  The trial court's application of law to those facts is reviewed de novo."); San Martin v. State, 717 So. 2d 462, 469 (Fla. 1998) ("A trial court's ruling on a motion to suppress comes to this Court clothed with a presumption of correctness and, as the reviewing court, we must interpret the evidence and reasonable inferences and deductions derived therefrom in a manner most favorable to sustaining the trial court's ruling.").